IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01281-BNB

DALE I. WILLIAMS,

 Plaintiff,

v.

WESTWOOD COLLEGE a.k.a. ALTA COLLEGES,

 Defendant.

ORDER DRAWING CASE

  After review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

  ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

  DATED May 31, 2013, at Denver, Colorado.

            BY THE COURT:

            s/ Boyd N. Boland
            United States Magistrate Judge