IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 13-cv-01281-PAB-BNB

DALE I WILLIAMS

    Plaintiff,

v.

WESTWOOD COLLEGE, a/k/a Alta Colleges,

    Defendant.
_____

**ORDER OF DISMISSAL WITHOUT PREJUDICE**
_____

This matter comes before the Court on plaintiff's Motion to Dismiss Case Without Predjudice (sic) [Docket No. 25].  The Court has reviewed the pleading and is fully advised in the premises.  It is

**ORDERED** that the Motion to Dismiss Case Without Predjudice (sic) [Docket No. 25] is GRANTED.  It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

DATED August 7, 2013.

                                            BY THE COURT:

                                             s/Philip A. Brimmer
                                            PHILIP A. BRIMMER
                                            United States District Judge